| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 |  APPROVED |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Atlas, Nancy F. | U.S.D.C. - S.D. Tx. | 8/19/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court<br>515 Rusk Street, Room 9015<br>Houston, TX 77002 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Member | VICTORY (Houston American Cancer Society) |
| 2. | Co-Trustee | Trust 1 |
| 3. | Co-Trustee | Trust 2 |
| 4. | Co-Trustee | Trust 3 |
| 5. | Co-Trustee | Trust 4 |
| 6. | Co-Trustee | Trust 5 |
| 7. | Task Force Co-Chair | American Bar Association Section of Litigation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 8/19/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/1-8/31 | ▓▓▓▓▓▓▓ (Law Firm), Partner |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association, Section of Litigation | 01/08-01/10/09 | Scottsdale, AZ | Winter Leadership Meeting | transportation, lodging, and meals |
| 2. | American Bar Association, SCFJI | 02/13-02/15/09 | Boston, MA | Midyear Meeting | transportation, lodging, and meals |
| 3. | Texas Women Lawyers | 02/20-02/22/09 | Austin, TX | CLE | transportation |
| 4. | American Bar Association, SCFJI | 05/01-05/02/09 | Washington, D.C | Spring Leadership Meeting | transportation, lodging, and meals |
| 5. | The University of Texas School of Law | 05/12-05/17/09 | Amsterdam | Speaking engagement | transportation, lodging, and meals |
| 6. | American Bar Association, | 09/09-09/09/09 | Chicago, IL | JCCC Meeting | transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 8/19/2010 |

JCCC

| 7. | American Bar Association, Section of Litigation | 10/01-10/03/09 | Chicago, IL | Fall Leadership Meeting | transportation, lodging and meals |
|---|---|---|---|---|---|
| 8. | American Bar Association, SCFJI | 10/30-11/1/09 | New York, NY | Fall Planning Meeting | transportation, lodging and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 8/19/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. (Section V Note 1) | See Section VIII | $0.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 8/19/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AXA Equitable Universal Life Insurance | | None | L | T | | | | | |
| 2. BBVA Compass Bank, Houston, TX (FN 8) | C | Interest | N | T | | | | | |
| 3. Diamond Castle Partner IV, L.P. (FN 1) | B | Int./Div. | L | U | Buy | 05/27/09 | J | | |
| 4. | | | | | Buy | 04/03/09 | J | | |
| 5. | | | | | Buy | 06/10/09 | J | | |
| 6. Diamond Castle Partner IV, Offshore Fund, L.P. | A | Dividend | J | U | | | | | |
| 7. Dreyfus 100% U.S. Treasury Money Market Fund | A | Interest | N | T | | | | | |
| 8. Dreyfus Appreciation Fund | A | Int./Div. | J | T | | | | | |
| 9. IRA: Vanguard 500 Index Fund | A | Int./Div. | K | T | | | | | |
| 10. IRA: Vanguard Treasury Money Market Fund | B | Interest | O | T | | | | | |
| 11. ITT Hartford Annuity | | None | L | T | | | | | |
| 12. JP Morgan Chase Bank | | None | J | T | | | | | |
| 13. MetLife Investors Group Inc. | | None | M | T | | | | | |
| 14. Nexus BT, LLLP | C | Int./Div. | J | U | | | | | |
| 15. Nexus Resources LLC-Preferred | D | Int./Div. | K | U | | | | | |
| 16. Real Property, Travis County, TX undeveloped property (Y) | | | | | | | | | |
| 17. Roth IRA: FPA Capital (FN 2) | | None | | | Sold | 01/06/09 | K | | |

| 1. Income Gain Codes: | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 8/19/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Roth IRA: Vanguard Money Market (Y) | | | | | | | | | |
| 19. St. Clair, Patricia & Kellee | B | Interest | J | T | | | | | |
| 20. TD Ameritrade Money Market Acct. (Y) | | | | | | | | | |
| 21. T. Rowe Price Small Cap Value Fund | A | Int./Div. | | | Sold | 01/26/09 | J | | |
| 22. T. Rowe Price Treasury Money Market Fund | A | Interest | | | Sold | 01/26/09 | M | | |
| 23. Tower Equity '84 Ltd. Partnership (FN 3) | | None | | | Closed | 10/30/09 | J | | |
| 24. TPG Partners V, L.P. (FN 4) | A | Int./Div. | J | U | Buy | 05/07/09 | J | | |
| 25. | | | | | Buy | 06/29/09 | J | | |
| 26. | | | | | Buy | 08/19/09 | J | | |
| 27. | | | | | Buy | 09/29/09 | J | | |
| 28. U.S. Savings Bond # 1 (Series EE) (Y) | | | | | | | | | |
| 29. 401(K): General Investments Fund (FN 5) | | None | P1 | | Buy | 06/23/09 | O | | |
| 30. | | | | | Buy | 10/19/09 | O | | |
| 31. 401(K): JPM Prime Money Market | | None | P1 | T | Sold (part) | 6/23/09 | O | | |
| 32. | | | | | Sold (part) | 10/19/09 | O | | |
| 33. Capital Account | A | Interest | M | T | | | | | |
| 34. Pension Plan (FN 6) | | None | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 8/19/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period. | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard 500 Index Fund (Y) | | | | | | | | | |
| 36. Vanguard Emerging Markets Stock Index Fund | A | Int./Div. | J | T | | | | | |
| 37. Vanguard European Stock Index Fund | A | Int./Div. | J | T | | | | | |
| 38. Vanguard Extended Market Index Fund | A | Int./Div. | J | T | | | | | |
| 39. Vanguard Federal Money Market Fund | C | Interest | P1 | T | | | | | |
| 40. Vanguard Pacific Stock Index Fund | A | Int./Div. | J | T | | | | | |
| 41. Vanguard Short-Term Bond Fund (Y) | | | | | | | | | |
| 42. Vanguard Total Stock Market Fund (Y) | | | | | | | | | |
| 43. Vanguard Treasury Money Market Fund | A | Int./Div. | L | T | | | | | |
| 44. Wegoma Berkshire VII, L.P. (FN 7) | B | Int./Div. | K | U | Buy | 06/12/09 | J | | |
| 45. | | | | | Buy | 12/08/09 | J | | |
| 46. ▓▓▓ Capital Account | | None | N | T | | | | | |
| 47. TRUST 1 | D | Int./Div. | N | T | | | | | |
| 48. - Dreyfus Appreciation Fund | | | | | | | | | |
| 49. TRUST 2 | A | Int./Div. | M | T | | | L | | |
| 50. - BBVA Compass Bank, Houston, TX Acct. # 4 (FN 8) | | Interest | | | | | | | |
| 51. - Vanguard Emerging Markets Stock Index Fund | | Int./Div. | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 8/19/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Vanguard European Stock Index Fund | | Int./Div. | | | | | | | |
| 53.  - Vanguard Extended Market Index Fund | | Int./Div. | | | | | | | |
| 54.  Vanguard Federal Money Market Fund | | None | | | Sold | 06/29/09 | L | | |
| 55.  - Vanguard Mid-Cap Index Fund | | Int./Div. | | | | | | | |
| 56.  - Vanguard Small-Cap Index Fund | | Int./Div. | | | | | | | |
| 57.  - Vanguard Index Trust 500 Portfolio | | Int./Div. | | | | | | | |
| 58.  TRUST 3 | A | Int./Div. | M | T | | | | | |
| 59.  - BBVA Compass Bank, Houston, TX Acct. # 5 (FN 8) | | None | | | | | | | |
| 60.  - Vanguard European Stock Index Fund | | Int./Div. | | | | | | | |
| 61.  Vanguard Federal Money Market Fund | | Interest | | | | | | | |
| 62.  - Vanguard Mid-Cap Index Fund | | Int./Div. | | | | | | | |
| 63.  - Vanguard Small-Cap Index Fund | | Int./Div. | | | | | | | |
| 64.  TRUST 4 (FN 9) | | None | M | T | | | | | |
| 65.  BBVA Compass Bank, Houston, TX Acct. #6 (FN 8) | | None | | | | | | | |
| 66.  - Pacific Life Ins. Co. (was "Mercury Equity Index Fund") | | None | | | | | | | |
| 67.  TRUST 5 | A | Int./Div. | N | T | | | | | |
| 68.  - American General Life Ins. Co. (Universal Life Ins.) | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 8/19/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Lincoln National (formerly Jefferson Pilot Life Ins. Co.) | | None | | | | | | | |
| 70. - Vanguard Index Trust 500 Portfolio | | Int./Div. | | | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q –Appraisal | R =Cost (Real Estate Only) | S =Assessment | T –Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 8/19/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section V Notes:

(1) A few times each year, friends invite my spouse and me to sit with them at tables they have purchased at charity events. We occasionally invite friends to do the same, i.e., join us at tables we have purchased for charity events. Since my confirmation, each time a friend has invited us to sit at his/her table, my husband has made a contribution to the organization hosting the event equal to or greater than the fair market value of two tickets to the event. Each time, the invitation has come from a close friend whose friendship long predated my nomination. A few of those friends are lawyers and could someday represent clients in my court. To my knowledge, none of those friends was a party or represented clients in my court at the time of the event at which we sat at their table.

Section VII Notes:

(1) Diamond Castle Partner IV, L.P. is a private equity fund that makes periodic capital calls. In response to capital calls, we invested an amount of J on 4/3, 5/27, and 6/10/09.

(2) Roth IRA: I cannot determine how much of the change in total market value this year was due to interest and/or dividends.

(3) Tower Equity: This partnership interest reflects passive investments by ▓▓▓▓▓▓▓ has no business activity or management role in connection with this investment.

(4) TPG Partners V, L.P. is a private equity fund that makes periodic capital calls. In response to capital calls, we invested an amount of J on 5/7, 6/29, 8/19, and 9/29/09.

(5) Although ▓▓▓ left the employ ▓▓▓▓▓▓▓ in 2006, he continues to participate in the ▓▓▓▓▓▓. Retirement Plans A and B. These are individual account defined contribution plans qualified under I.R.C. Section 401(a). The contributions by the firm were fixed during ▓▓▓▓ employment by the firm. Retirement Plan A has a salary reduction I.R.C. Section 401(k) feature. The Trustee of the Plan is JPMorgan Chase Bank, N.A., Houston, Texas. ▓▓▓▓ has no investment discretion with respect to the investments of this defined contribution plan, except for the after-tax contribution component as to which he has the liminted discretion to choose any of a number of funds that are available. The General Investment Fund is mostly an equity fund managed by several outside investment advisors. I cannot determine how much of the change in total market value since last year was due to interest and/or dividends. JP Morgan Chase informed ▓▓▓▓ that they cannot provide me with this information.

(6) Annual payment (beginning 1/15/15) of a fixed amount times years of service starting 1/1/95. Present value was provided by ▓▓▓▓ former law firm.

(7) Wegoma Berkshire VII, L.P. is a private equity fund that makes periodic capital calls. In response to capital calls, we invested an amount of J on 6/12 and 12/8/09.

(8) Formerly "Compass Bank." There is no interest or other income earned on this account. It is a non-interest bearing account.

(9) For the item in line 66, Pacific Life Insurance Co. says that it cannot provide the income for any year. Company representatives state that because I hold an interest in an index fund in which the cash value of an insurance policy has been invested, and not an individual taxable investment, there are no individual dividends or realized gains to report; all that is reported are gains or losses to the policy cash value. In addition, the company states, under applicable government regulations, an insurance policy is considered an asset, not an investment.

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 8/19/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544